**RULE 394.  TRANSFER HEARING**

\* \* \*

D.  **Findings.**

1) **Transfer.**  At the hearing, the court shall transfer the case to the division or a judge assigned to conduct criminal proceedings if the court finds:

\* \* \*

c) the Commonwealth has met its burden of proof pursuant to paragraph (**[B]C**); and

\* \* \*

2) **No Transfer.**  If the required findings of paragraph (**[C]D**)(1) have not been met, the court shall schedule an adjudicatory hearing pursuant to Rule 404.

**COMMENT**

\* \* \*

**Official Note:**

\* \* \*

**Amended November 21, 2014, effective immediately.**

\* \* \*